THE ADLEY CORPORATION ET AL. *v.* LOUIS
DEBERADINIS, JR., ET AL.

The motion by the plaintiffs to dismiss the appeal
from the Superior Court in New Haven County is
granted.

*Joseph P. Cooney,* for the appellees (plaintiffs).

*Tobias Weiss,* for the appellants (defendants).

Argued October 5—decided October 5, 1965

IN RE APPEAL OF GERALD ALLDERIDGE

The motion by the state to dismiss the appeal
from the Superior Court in New Haven County is
granted.

*Richard E. Rapuano,* assistant attorney general,
for the state.

*Henry T. Istas,* for the appellant.

Argued October 5—decided October 5, 1965

TIMOTHY A. RYAN ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF STRATFORD ET AL.

Pursuant to the stipulation of the parties, the
judgment of the Court of Common Pleas in Fairfield County is set aside and the case is remanded
with direction to sustain the plaintiff's appeal.

No costs will be taxed in this court in favor of any
party.

*Joseph W. Knott,* for the appellants (plaintiffs).

*Edward F. Stodolink,* for the appellee (defendant
Housing Authority of the town of Stratford).